Anthony L. Hall, Esq.
Nevada Bar No. 5977
Deanna C. Brinkerhoff, Esq.
Nevada Bar No. 11066
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
(702) 669-4600
(702) 669-4650 – fax
ahall@hollandhart.com
dcbrinkerhoff@hollandhart.com

*Attorneys for Defendant*
*United Airlines Inc., a Delaware*
*Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| ANGELA PULLIAM, | Case No. : 10-cs-1406 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| UNITED AIRLINES INC., a Delaware Corporation | **[SPECIAL SCHEDULING REVIEW REQUESTED]** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(d), Defendant UNITED AIR LINES, INC. ("Defendant") and Plaintiff, ANGELA PULLIAM ("Plaintiff"), through their respective counsel, submit the following Stipulated Discovery Plan and Scheduling Order.

(1) <u>Discovery Cut Off Date</u>. The parties request a discovery period of two hundred and forty (240) days from October 1, 2010, the date Defendant's Answer was received. The discovery period, therefore, will close on **May 30, 2011**. The reason the parties request a discovery period of two hundred and forty (240) days is that Defendants' counsels' colleague from their law firm will be on maternity leave from approximately late-January to late-April 2011, and Defendants' counsel will be covering her case load during this time. Accordingly, a longer discovery period is requested because if discovery is set for the standard one hundred and eighty (180) days, discovery would end during the middle of Defendants' counsels' colleague's

4955766_1.DOC

1  maternity leave, while Defendants' counsel are covering her case load as well as their own.

2      (2)    The parties will make their Initial Disclosures on or before **November 12, 2010**.
3  Counsel for the parties met and conferred on October 28, 2010. No changes need to be made in
4  the timing, form or requirements for such disclosures.

5      (3)    <u>Amending the Pleadings and Adding Parties</u>. The date for filing motions to
6  amend the pleadings or to add parties shall be ninety (90) days prior to the close of discovery:
7  **March 1, 2011**. Any party causing additional parties to be joined or brought to this action shall
8  contemporaneously therewith cause a copy of this Order to be served upon the new party or
9  parties.

10     (4)    <u>Expert Witness Disclosures</u>. The disclosure of any expert witnesses shall be
11 made sixty (60) days before the discovery deadline: **March 30, 2011**. The disclosures of any
12 rebuttal experts shall be due thirty (30) days after the initial disclosures of experts: **April 29,**
13 **2011**. The requirements of F.R.C.P. 26(a)(2)(B) shall apply to any such disclosures.

14     (5)    <u>Dispositive Motions.</u> Dispositive motions shall be filed not later than thirty (30)
15 days after the discovery cut-off date: **June 29, 2011**.

16     (6)    <u>Pretrial Order</u>. The Joint Pretrial Order (including Rule 26(a)(3) disclosures) shall
17 be filed not later than thirty (30) days after the date set for filing dispositive motions: **July 29,**
18 **2011**. However, in the event that dispositive motions are filed, the date for filing the Joint
19 Pretrial Order shall be suspended until thirty (30) days after a decision on the dispositive motions
20 or further order of the Court.

21     (7)    <u>Electronically Stored Information</u>. The parties prefer to handle these issues on an
22 ad hoc basis as no consensus can be reached in advance.

23     (8)    <u>Protection of Privileged/Trial Preparation Materials</u>. The parties prefer to handle
24 these issues on an ad hoc basis as no consensus can be reached in advance.

25     (9)    <u>Subjects on Which Discovery Will be Conducted</u>. No changes should be made
26 on the limitations of discovery imposed under Federal Rules of Civil Procedure or local rules.
27 ///
28 ///

4955766_1.DOC

1  Discovery does not need to be conducted in phases or limited or focused on particular
2  issues.

3  DATED this 11th day of November, 2009.   DATED this 11th day of November, 2009.

4  /s/ James P. Kemp                                        /s/Deanna C. Brinkerhoff
James P. Kemp, Esq.                                 Anthony L. Hall, Esq.
5  KEMP & KEMP ATTORNEYS AT LAW   Deanna C. Brinkerhoff, Esq.
7435 West Azure Drive, Suite 110              HOLLAND & HART LLP
6  Las Vegas, NV 89130                                  3800 Howard Hughes Pkwy., 10th Floor
Attorney for Plaintiff                                    Las Vegas, NV 89169
7  Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: Dec. 7, 2010

4955766_1.DOC