UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGELA PULLIAM,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED AIRLINES, INC., a Delaware Corporation,<br><br>            Defendant. | Case No. 2:10-cv-01406-MMD-GWF<br><br>ORDER<br><br>(Motion to File Under Seal, dkt. no. 24) |

Before the Court is Defendant United Airlines, Inc.'s ("United") **Motion to File Documents Under Seal** (dkt. no. 24).  Plaintiff Angela Pulliam did not file an opposition.

This is an employment dispute wherein Plaintiff alleges United discriminated against her on the basis of race when United terminated her for leaving work early and acting inappropriately towards two United customers.  To support these allegations, Plaintiff must show that United treated her differently than similarly situated employees outside of her protected class.  *Vasquez v. City of Los Angeles*, 349 F.3d 634, 640 (9th Cir. 2003).  United has now filed a motion for summary judgment (dkt. no. 25), and seeks leave to file an exhibit under seal in support of that motion.  Specifically, Exhibit 30 to United's motion for summary judgment consists of personnel information regarding the disciplinary records of two former employees outside of Plaintiff's protected class.

In the Ninth Circuit there is "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 984, 993 (9th Cir. 2008). To overcome this presumption, a party must articulate "compelling reasons" justifying nondisclosure, such as use of the record to gratify spite, permit public scandal, circulate libelous statements, or release trade secrets. *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). "The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records. *Id*.

United raises compelling reasons justifying the filing under seal of Exhibit 30 to its motion for summary judgment. The exhibit contains disciplinary information regarding non-parties to this litigation. The public has no significant need to access this information and its dissemination could result in unnecessary economic or emotional harm to the non-parties. Accordingly, the Court grants United's motion.

ENTERED THIS 6th day July of 2012.

_____
UNITED STATES DISTRICT JUDGE